IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 2 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02596-ZLW

EL-SAYYID NOSAIR,

    Applicant,

v.

WARDEN RON WILEY,

    Respondent.

## ORDER DENYING MOTION TO RECONSIDER

Applicant El-Sayyid Nosair is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary, Administrative Maximum, at Florence, Colorado. Mr. Nosair has filed *pro se* on June 18, 2008, a "Motion for Relief From Judgment to Respond to Judge Zita L. Weinshienk's Order of Dismissal." Mr. Nosair asks the Court to reconsider and vacate the Court's Order of Dismissal and the Judgment filed in this action on June 6, 2008. The Court must construe the motion liberally because Mr. Nosair is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243

(10th Cir. 1991). Mr. Nosair filed his motion to reconsider within ten days after the Court's Judgment was filed in this action. *See* Fed. R. Civ. P. 6(a) (time periods of less than eleven days exclude intervening Saturdays, Sundays, and legal holidays). Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

Mr. Nosair filed the instant habeas corpus action pursuant to 28 U.S.C. § 2241 challenging the validity of his federal court conviction. Mr. Nosair was convicted and sentenced in the United States District Court for the Southern District of New York. Mr. Nosair also referred to a related New York state court conviction in the application. Mr. Nosair argued that the remedy available to him in the sentencing court pursuant to 28 U.S.C. § 2255 was inadequate or ineffective because that court could not provide complete relief for both the federal and state convictions. The Court rejected Mr. Nosair's argument that the remedy available in the sentencing court was inadequate or ineffective and dismissed the action. The Court specifically noted that Mr. Nosair was not asserting any claims challenging the validity of his state court conviction and that, in any event, he could not challenge the validity of his state court conviction in this Court pursuant to § 2241. Mr. Nosair alleges in the motion to reconsider that he seeks to challenge in this action the validity of both his federal and state court convictions.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Nosair fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of

2

new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). Mr. Nosair does not allege the existence of any new law or evidence and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. The Court remains convinced that Mr. Nosair may not challenge the validity of his New York state court conviction in this Court in a habeas corpus action pursuant to § 2241 and that an adequate and effective remedy is available in the Southern District of New York for Mr. Nosair to challenge his federal conviction. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the "Motion for Relief From Judgment to Respond to Judge Zita L. Weinshienk's Order of Dismissal" filed on June 18, 2008, is denied.

DATED at Denver, Colorado, this __1__ day of ____July____, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02596-BNB

El-Sayyid Nosair
Reg. No. 35074-054
UPS MAX-ADX
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/2/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk